# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Nakisha Harrell, et. al., | |
| Plaintiff(s), | |
| v. | Case No. 22-cv-03590 |
| | Judge Rebecca R. Pallmeyer |
| Abbott Laboratories, et. al., | |
| Defendant(s). | |

## MDL REMAND CLOSING ORDER

Pursuant to the Memorandum Opinion and Order [30], this case is remanded to the United States District Court, Northern District of California, forthwith. Civil case terminated.

Date: 8/31/2022

*Rebecca R. Pallmeyer*
REBECCA R. PALLMEYER
United States District Judge